**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No.   09-cv-01026-JLK-LTM

DON C. DEBELLE,

    Plaintiff,

vs.

WESTERN SKYWAYS, INC.,

    Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE LAIRD T. MILBURN
Date:   July 27, 2009

    THIS MATTER, having come before the Court on Defendant's Unopposed Motion for Leave to File Third-Party Complaint Against Tristar Aviation, LLC, and the Court being fully advised, HEREBY **GRANTS** Defendant's Unopposed Motion and accepts Defendant's Attachment A (Third-Party Complaint), filed therein with the Unopposed Motion.