**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No.   09-cv-01026-JLK-LTM

DON C. DEBELLE,

      Plaintiff,

vs.

WESTERN SKYWAYS, INC.,

      Defendant and Third-Party Plainitff,

vs.

TRISTAR AVIATION, LLC,

      Third-Party Defendant.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO
AMEND/CORRECT/MODIFY COMPLAINT AND JURY DEMAND (docket # 24)**

---

The Court, after review of Plaintiff's Unopposed Motion to Amend/Correct/Modify Complaint and Jury Demand (docket #s 22, 23, 24, 25 and 26), hereby

ORDERS that the attached Amended Complaint (Exhibit No. 3) be deemed filed as of August 13, 2009.

Dated this 19th day of August, 2009.

BY THE COURT:

s/Laird T. Milburn
_____
Laird T. Milburn
U.S. Magistrate Judge