IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No.   09-cv-01026-JLK-LTM

DON C. DEBELLE,

    Plaintiff,

vs.

WESTERN SKYWAYS, INC.,

    Defendant and Third-Party Plaintiff,

vs.

TRISTAR AVIATION, LLC,

    Third-Party Defendant.

---

**ORDER RE: DEFENDANT TRISTAR AVIATION, LLC'S UNOPPOSED
MOTION TO AMEND SCHEDULING ORDER (docket # 61)**

---

    The Court, after review of Defendant Tristar Aviation, LLC's Unopposed Motion to Amend the Court's Scheduling Order (docket # 61), hereby Orders that the deadline for Joinder of Parties was December 30, 2009 and Discovery deadline is changed to August 16, 2010.

    Dated this 13th day of January, 2010.

BY THE COURT:

s/Laird T. Milburn
_____
Laird T. Milburn
U.S. Magistrate Judge