IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No.   09-cv-01026-JLK-LTM

DON C. DEBELLE,

    Plaintiff,
vs.

WESTERN SKYWAYS, INC.,

    Defendant and Third-Party Plaintiff,
vs.

TRISTAR AVIATION, LLC,

    Third-Party Defendant.

---

**SUPPLEMENTAL ORDER RE:
DEFENDANT TRISTAR AVIATION, LLC'S UNOPPOSED
MOTION TO AMEND SCHEDULING ORDER (docket # 61)**

---

    The Court, after review of Defendant Tristar Aviation, LLC's  Unopposed Motion to Amend the Court's Scheduling Order (docket # 61), hereby,

    ORDERS that Defendant Tristar Aviation shall have up to June 30, 2010 to provide their rebuttal expert disclosures.

    Dated this 13th day of January, 2010.

                                               BY THE COURT:

                                               s/Laird T. Milburn
                                               _____
                                               Laird T. Milburn
                                               U.S. Magistrate Judge