IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No.   09-cv-01026-JLK-LTM

DON C. DEBELLE,

    Plaintiff,

vs.

WESTERN SKYWAYS, INC.,

    Defendant and Third-Party Plaintiff,

vs.

TRISTAR AVIATION, LLC,

    Third-Party Defendant.

---

**AMENDED SUPPLEMENTAL ORDER RE:
DEFENDANT TRISTAR AVIATION, LLC'S UNOPPOSED
MOTION TO AMEND SCHEDULING ORDER (docket # 61)**

---

The Court, after review of Defendant Tristar Aviation, LLC's Unopposed Motion to Amend the Court's Scheduling Order (docket # 61), hereby,

ORDERS that Defendants Western Skyways, Inc. and Tristar Aviation shall have up to June 30, 2010 to provide their rebuttal expert disclosures.

Dated this 27th day of January, 2010.

                                            BY THE COURT:

                                            s/Laird T. Milburn
                                            _____
                                            Laird T. Milburn
                                            U.S. Magistrate Judge