IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No.   09-cv-01026-JLK-LTM

DON C. DEBELLE,

    Plaintiff,

vs.

WESTERN SKYWAYS, INC.,

    Defendant and Third-Party Plaintiff,

vs.

TRISTAR AVIATION, LLC,

    Third-Party Defendant.

---

**ORDER RE: PLAINTIFF'S WITHDRAW OF STIPULATED MOTION TO CONTINUE DEPOSITION OF STEVE BOTTOM (docket # 69) AND PLAINTIFF'S MOTION TO CONTINUE DEPOSITION OF STEVE BOTTOM (docket #70)**

---

The Court, upon review of the Plaintiff's Withdrawal of the Stipulated Motion regarding the deposition of Steve Bottom's deposition (docket # 70) dated February 9, 2010 hereby **VACATES** its Order of that same date (docket # 72) but considers the Motion to Withdraw as a Motion to Continue the Bottom deposition and hereby **ORDERS** both defendants to file their responses thereto on or before February 17, 2010 and Plaintiff's reply thereto on or before February 24, 2010.

Dated this 10th day of February, 2010.

                                                BY THE COURT:

                                                s/Laird T. Milburn
                                                _____
                                                Laird T. Milburn
                                                U.S. Magistrate Judge