IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **09-cv-1026-JLK-LTM**

**DON C. DEBELLE,**

Plaintiff,

v.

**WESTERN SKYWAYS, INC.**

Defendant.

---

# ORDER

---

**Kane, J.**

The matter is before the Court on the Report and Recommendation of U.S. Magistrate Judge (doc. #68), entered on February 3, 2010. There being no objection filed, the Recommendation is **ADOPTED** as an order of the Court. Defendant Tristar Aviation, LLC's Motion to Dismiss Defendant Western Skyways, Inc.'s Third-Party Complaint (doc. #59) is **GRANTED**.

Dated at Denver, Colorado this 19th day of February, 2010.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT