**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No.   09-cv-01026-JLK-LTM

DON C. DEBELLE,

      Plaintiff,
vs.

WESTERN SKYWAYS, INC.,

      Defendant and Third-Party Plaintiff,
vs.

TRISTAR AVIATION, LLC,

      Third-Party Defendant.

---

**ORDER RE: STIPULATED MOTION TO CONTINUE
DEPOSITION OF STEVE BOTTOM (docket # 69)**

---

The Court has reviewed Plaintiff's Motion to Continue the Deposition of Steve Bottom (docket # 69) filed February 8, 2010, both Defendants' Responses thereto (docket # 74 and 75) dated February 16 and 17, 2010, and Plaintiff's Reply (docket # 81) dated February 23, 2010.

Based thereon the Court **GRANTS** Plaintiff's Motion that the deposition be continued and **ORDERS** that it be scheduled at a time and location in Grand Junction or Denver, Colorado convenient to Mr. Bottom, but scheduled at a reasonable time prior to Defendant Western Skyways' expert designations.  Tristar's request for Mr. Bottom's travel expense is **DENIED**.

Dated this 23rd day of February, 2010.

BY THE COURT:

s/Laird T. Milburn

_____
Laird T. Milburn
U.S. Magistrate Judge