# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## U.S. Magistrate Judge Laird T. Milburn

Civil Action No. 09-cv-01026-JLK-LTM

DON C. DEBELLE,

    Plaintiff,

vs.

WESTERN SKYWAYS, INC.,

    Defendant and Third-Party Plaintiff,

vs.

TRISTAR AVIATION, LLC,

    Third-Party Defendant.

---

**ORDER RE: PLAINTIFF'S MOTION TO POSTPONE PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES AND REBUTTAL EXPERTS (docket # 85)**

---

The Court, after review of Plaintiff's Motion to Postpone Plaintiff's Designation of Expert Witnesses and Rebuttal Experts (docket # 85), hereby

Sets this case for a Telephonic Status Conference on Wednesday, March 17, 2010 at 1:00 p.m., with counsel for Plaintiff to arrange the conference call to 970.250.6406.

Dated this 4th day of March, 2010.

BY THE COURT:

s/Laird T. Milburn
_____
Laird T. Milburn
U.S. Magistrate Judge