IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No. 09-cv-01026-JLK-LTM

DON C. DEBELLE,

    Plaintiff,

vs.

WESTERN SKYWAYS, INC.,

    Defendant and Third-Party Plaintiff,

vs.

TRISTAR AVIATION, LLC,

    Third-Party Defendant.

---

**ORDER RE: DEFENDANT TRISTAR'S UNOPPOSED MOTION TO POSTPONE THE DEPOSITION OF PLAINTIFF'S EXPERT COLIN SOMMERS (docket # 88)**

---

The Court, after review of DEFENDANT Tristar'S Unopposed Motion to Postpone the Deposition of Plaintiff's Expert Colin Sommers (docket # 88) filed on March 8, 2010 and its Order of March 4, 2010 (docket # 87) related to Plaintiff's designation of expert witness.

IT IS THEREFORE **ORDERED** that Defendant's motion (docket # 88) will be presented to the Court by Defendant Tristar at the Status Conference scheduled for April 21, 2010 at 10:30 a.m. Counsel may attend via phone, with counsel for Plaintiff to arrange the conference call to 970.241.2187.

Dated this 15th day of March, 2010.

BY THE COURT:

s/Laird T. Milburn
_____
Laird T. Milburn
U.S. Magistrate Judge