IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No. 09-cv-01026-JLK-LTM

DON C. DEBELLE,

    Plaintiff,

vs.

WESTERN SKYWAYS, INC., and
TRISTAR AVIATION, LLC,

    Defendants.

---

## ORDER RE: DEFENDANT WESTERN SKYWAYS, INC.'s
## MOTION TO WITHDRAW MOTION TO COMPEL (docket # 109)

---

The Court has reviewed Defendant Western Skyways, Inc.'s Motion to Withdraw Motion to Compel (docket # 109) dated April 22, 2010 and its earlier filed Motion to Compel Production of Aircraft Wreckage (docket # 99) filed on March 26, 2009, the Court's file in this case, and the statements of counsel for all the parties at the Status Conference on April 21, 2010.

Based thereon the Court hereby **GRANTS** Western Skyways' Motion to Withdraw its Motion to Compel.

Dated this 26th day of April, 2010.

BY THE COURT:

s/Laird T. Milburn
_____
Laird T. Milburn
U.S. Magistrate Judge